O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALAN HUNTER, | No. SACV 18-00310-JGB (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| J. GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 6, 2019

JESUS G. BERNAL
United States District Judge